■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD E. STOWE, Appellant. [595 NYS2d 350] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Wayne County Court, Sirkin, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Callahan, J. P., Pine, Balio, Lawton and Doerr, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD GABRIEL, Appellant. [595 NYS2d 350] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Wayne County Court, Parenti, J.—Felony Driving While Intoxicated.) Present—Callahan, J. P., Pine, Balio, Lawton and Doerr, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELIZA HAYNES, Appellant. [595 NYS2d 351] —Judgment unanimously affirmed *(see, People v Doe,* 186 AD2d 1036). (Appeal from Judgment of Monroe County Court, Wisner, J.—Manslaughter, 1st Degree.) Present—Callahan, J. P., Pine, Balio, Lawton and Doerr, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT JAMES IRWIN, JR., Appellant, v FRANCIS L. GILES, as Niagara County Sheriff, et al., Respondents. [595 NYS2d 351] —Judgment unanimously affirmed *(see, People ex rel. Sutton v Glick,* 38 AD2d 513, 514; *People ex rel. Lutfey v Byrne,* 247 App Div 797). (Appeal from Judgment of Niagara County Court, DiFlorio, J.—Habeas Corpus.) Present—Callahan, J. P., Pine, Balio, Lawton and Doerr, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAZERICK TATE, Appellant. [595 NYS2d 352] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Erie County Court, LaMendola, J.—Criminal Possession Controlled Substance, 4th Degree.) Present—Denman, P. J., Pine, Lawton, Doerr and Davis, JJ.